THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| JAMES H. JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:20-cv-00510-KKC ) |
| WHELAN SECURITY PROTECTION SERVICES, INC. d/b/a GARDAWORLD, and TOYOTA MOTOR MANUFACTURING, KENTUCKY, INC., | ) ***ELECTRONICALLY FILED*** ) ) ) ) |
| Defendants. | |

## AGREED ORDER PURSUANT TO LOCAL RULE 7.1

AND NOW, this 25th day of February, 2021, the parties, having reached an early resolution of this action, hereby agree that Defendants Whelan Security Protection Services, Inc. d/b/a Gardaworld and Toyota Motor Manufacturing, Kentucky, Inc. shall have an extension of 14 days from the previously agreed response deadline of February 25, 2021, to respond to Plaintiff James Johnson's Complaint, so that the parties may have additional time to effectuate the early resolution of this matter. The new deadline for Defendants to respond to Plaintiff's Complaint is March 11, 2021.

**STIPULATED AND AGREED:**

Dated: February 25, 2021

2415271

2

By: *s/J. Gregory Joyner*
   J. Gregory Joyner
   Joyner Law Offices
   2300 Hurtsborne Village Drive, Suite 700
   Louisville, Kentucky 40299
   P: +1.502.491.7551
   F: +1.502.491.7558
   greg@joynerlawoffices.com

   *Counsel for Plaintiff*

By: s/Stephanie L. Sweitzer
   Stephanie L. Sweitzer (KY 97978)
   Morgan Lewis & Bockius LLP
   77 W. Wacker Dr., 5th Floor
   Chicago, IL 60601
   P: +1.312.324.1000
   F: +1.312.324.1001
   stephanie.sweitzer@morganlewis.com


   Laura L. Mays
   Steptoe & Johnson PLLC
   One Paragon Centre
   2525 Harrodsburg Road, Suite 300
   Lexington, Kentucky 40504
   P: 859.219.8216
   F: 859.255.6903
   laura.mays@steptoe-johnson.com

   *Attorneys for Defendant Toyota Motor Manufacturing, Kentucky, Inc.*


By: s/R. Bradley Ziegler
   R. Bradley Ziegler, (KY 96027)
   600 Washington Avenue, Suite 2500
   St. Louis, Missouri 63101-1311
   Telephone: (314) 444-7661
   Facsimile: (314) 612-7661
   bziegler@lewisrice.com

   *Attorneys for Defendant Whelan Security Protection Services, Inc. d/b/a GardaWorld Security Services*